**158**

Hachel HUTTON and Jack Hutton,
Appellants,

v.

MADISON COUNTRY CLUB, Appellee.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Ted R. OSBORNE et al., Appellants,

v.

Wilma CROUCH et al., Appellees.

Court of Appeals of Kentucky.

Jan. 19, 1973.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellants.

Charles R. Coy, Coy & Coy, Richmond, for appellee.

Memorandum Opinion of the Court by Special Commissioner HENRY M. GRIFFIN, Affirming.*

John W. Collis, Anggelis & Vimont, Lexington, for appellants.

Raymond Francis Connell, Paris, for appellees.

Opinion of the Court by Special Commissioner J. DOUGLAS GRAHAM, Affirming.*

* Opinion ordered not to be published.